**DISMISS; and Opinion Filed February 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01756-CV

**TODD SALTERS AND ERIN OWEN-SALTERS, Appellants**
**V.**
**RYAN D. MOORE, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13495**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lang-Miers

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed the Court that this interlocutory appeal of the trial court's order granting a temporary injunction has become moot. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131756F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TODD SALTERS AND ERIN OWEN-
SALTERS, Appellants

No. 05-13-01756-CV      V.

RYAN D. MOORE, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-13495.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, RYAN D. MOORE, recover his costs of this appeal from appellants, TODD SALTERS AND ERIN OWEN-SALTERS.

Judgment entered this 24th day of February, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE